## Case No. 9,416.
### MEMPHIS v. DAVIS.
[Nowhere reported; opinion not now accessible.]

MEMPHIS (WISDOM v.). See Case No. 17,903.

MEMPHIS, E. P. & P. R. Co. (FORBES v.). See Case No. 4,926.

MEMPHIS & C. R. CO. (COPELAND v.). See Case No. 3,209.

MEMPHIS & P. R. CO. (CALHOUN v.). See Case No. 2,309.

MENCK (SEDGWICK v.). See Case No. 12,617.

## Case No. 9,417.
### MENCKEN v. WILLIAMS.
[Nowhere reported; opinion not now accessible.]